Martin L. C. Feldman
U. S. District Judge
500 Poydras Street
New Orleans, Louisiana 70130

June 23, 2010

Committee on Financial Disclosure
of the U.S. Courts
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: 2009 Financial Disclosure Report

Dear Committee:

This is to advise that the Exxon stock noted on line 140 of my 2009 Financial Disclosure Report was sold at the opening of the stock market on June 22, 2010 prior to the opening of a Court hearing on the Oil Spill Moratorium case.

Very truly yours,

MLCF:dcw

RECEIVED 2010 JUN 24 A 8:46 FINANCIAL OFFICE

Feldman, Martin L.C.

AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FELDMAN, MARTIN L.C. | EASTERN DISTRICT OF LOUISIANA | 06/3/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U S DISTRICT JUDGE | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 POYDRAS STREET, Rm. 555 <br> NEW ORLEANS, LA 70130-3313 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE
2010 JUN -9 A 11: 13
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/08/2009 | Rollover IRA Distriubtion | $10,935.07 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | April 23-26, 2009 | Princeton, NJ | Conference - A Fresh Start Country | Transportation, meals and lodging paid. |
| 2. | Tulane University | July 6-18, 2009 | Cambridge, England | Lecture-Trinity College,Cambridge University | Transportation and lodging paid. |
| 3 | | | | | |
| 4 | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Home Life Ins. Co. | | None | K | T | | | | | |
| 2. Morgan Keegan & Co.-General Money Market Cl B | A | Int./Div. | K | T | | | | | |
| 3. Newell Rubbermaid(Y) | | | | | | | | | |
| 4. FHLMC CMO SER 1505-CL Q | A | Interest | J | T | | | | | |
| 5. FHLMC #1993-82, 1200 | A | Interest | J | T | | | | | |
| 6. FHLMC #1505 CL-Q, 1200 | A | Interest | J | T | | | | | |
| 7. Citizens Communications(Y) | | | | | | | | | |
| 8. Helios Select Hi Income, formerly RMK | B | Dividend | | | Sold | 06/17/09 | J | A | |
| 9. Helios Strategic Income, formerly RMK | A | Dividend | J | T | | | | | |
| 10. Health & Retirement Group now HRPT Properties 1200 | A | Dividend | J | T | | | | | |
| 11. Pulaski Co. | A | Interest | J | T | | | | | |
| 12. GNMA #407107 | A | Interest | J | T | | | | | |
| 13. GNMA #1924 | A | Interest | J | T | | | | | |
| 14. Ocean Energy Notes | B | Interest | K | T | | | | | |
| 15. AIM Basic Value Fund (Y) | | | | | | | | | |
| 16. Transocean (Y) | | | | | | | | | |
| 17. Infinity Proper. & Cas.(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DCA Total Return Fd, Formerly Dividend Capital | A | Dividend | J | T | | | | | |
| 19. FNMA CMO SER 1990-78 | A | Interest | J | T | | | | | |
| 20. FNMA CMO SER 1992-195 | A | Interest | J | T | | | | | |
| 21. GNMA #1995-4CL | A | Interest | J | T | | | | | |
| 22. Truststreet Prop.(Y) | | | | | | | | | |
| 23. FNMA #2005-27 | A | Interest | J | T | | | | | |
| 24. Helios Select Intermediate, formerly RMK | A | Dividend | | | Sold | 06/18/09 | J | A | |
| 25. Alliance Bernstein, 1218 | A | Dividend | J | T | | | | | |
| 26. General Electric(Y) | | | | | | | | | |
| 27. Watson Pharmaceuticals 1200 | B | Dividend | J | T | | | | | |
| 28. FHLMC #2173 CL | A | Interest | J | T | | | | | |
| 29. FNMA #1990-78 CL-J, 1200 | B | Interest | J | T | | | | | |
| 30. FNMA #2006-43WA | B | Interest | J | T | | | | | |
| 31. FNMA #2004-87 GA, 1200 | B | Interest | | | Sold | 07/27/09 | J | A | |
| 32. FHLMC #3052 CL - 4G | B | Interest | J | T | | | | | |
| 33. HCA, Inc. | B | Interest | J | T | | | | | |
| 34. Tyco International | B | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FHLMC #2758 CL CC | B | Interest | J | T | Sold (part) | 12/15/09 | J | A | |
| 36. Helios Select, formerly RMK | B | Dividend | | | Sold | 06/17/09 | J | A | |
| 37. Citigroup | A | Dividend | J | T | | | | | |
| 38. GNMA #2005-5 ea | D | Interest | K | T | | | | | |
| 39. FHLMC #2876 CL-DQ | A | Interest | K | T | | | | | |
| 40. GNMA SER #2005-39 | A | Interest | K | T | | | | | |
| 41. FHLMC #3055-CL AH | A | Interest | J | T | | | | | |
| 42. Provident Energy Trust | A | Dividend | J | T | | | | | |
| 43. Peabody Energy Corp(Y) | | | | | | | | | |
| 44. Blackrock FLTG Rate Inc. Strategies Fd II | B | Dividend | J | T | | | | | |
| 45. Blackrock Ltd Duration Income Trust | B | Dividend | J | T | | | | | |
| 46. FHLMC Series 3273 BD | A | Interest | J | T | | | | | |
| 47. GNMA Series 2006-10 JB | A | Interest | J | T | | | | | |
| 48. Shoretel, Inc. | A | Dividend | J | T | | | | | |
| 49. Aspen Insurance Holdings(Y) | | | | . | | | | | |
| 50. Helios Multi-Sector High Income Fd, formerly RMK | A | Dividend | | | Sold | 06/16/09 | J | A | |
| 51. Allis Chalmers Corp | A | Dividend | J | T | Sold (part) | 08/18/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock FLTG Rate Income Strategies Fd II | B | Dividend | J | T | | | | | |
| 53. Helios Advantage Income Fd, formerly RMK | B | Dividend | J | T | | | | | |
| 54. CIT Group Internotes | A | Interest | | | Sold | 09/02/09 | J | A | |
| 55. Bank of America | A | Dividend | J | T | Sold (part) | 04/30/09 | J | A | |
| 56. Smithfield Foods, Inc.(Y) | | | | | | | | | |
| 57. Blackrock Global FTG Rate Income Trust | B | Dividend | J | T | | | | | |
| 58. RAIT Investment Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 59. FHLMC SER 3112 CL-KQ - 1200 | A | Interest | J | T | | | | | |
| 60. FNMA SER 2007-70 CA - 1200 | A | Interest | J | T | | | | | |
| 61. Blackrock Global FLTG Incom Trust - 1200 | A | Int./Div. | J | T | | | | | |
| 62. Chase Bank | A | Interest | K | T | | | | | |
| 63. Morgan Keegan Money Market | A | Interest | J | T | | | | | |
| 64. Eaton Vance Ltd. Duration Income Fund | B | Dividend | J | T | | | | | |
| 65. FHLMC CMO Series 3290 | B | Interest | J | T | | | | | |
| 66. Atlas Energy Resources, LLC | A | Distribution | | | Sold | 08/26/09 | J | A | |
| 67. Colonial Bancgroup Inc. | B | Dividend | J | T | | | | | |
| 68. Barclays Bk PLC PFD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Regions Financing TR III PPD, 8.875 | A | Interest | J | T | | | | | |
| 70. MFS Govt. Markets Income Trust SBI | B | Dividend | J | T | | | | | |
| 71. EV Energy Partners LP | A | Distribution | J | T | | | | | |
| 72. GNMA CMO Series 2008-60 DG | A | Interest | J | T | | | | | |
| 73. GNMA CMO Series 2008-58 UE | A | Interest | J | T | | | | | |
| 74. Citigroup Inc. 8.5% SER-F PFD | A | Dividend | | | Sold | 07/30/09 | J | A | |
| 75. FHLMC CMO Series 3417 | A | Interest | J | T | | | | | |
| 76. FNMA CMO Series 2008-17 MA | A | Interest | J | T | | | | | |
| 77. Macquarie Intrastruct | A | Dividend | J | T | | | | | |
| 78. BPZ Resources, Inc. | A | Dividend | | | Sold | 08/03/09 | J | A | |
| 79. El Paso Corp. 12% | A | Interest | J | T | | | | | |
| 80. Regions Financial Corp, formerly Union Planters 7.5% | A | Interest | J | T | | | | | |
| 81. Eaton Vance Ltd. Duration Income Fd. | A | Dividend | J | T | | | | | |
| 82. FNMA 1993-82H, 1200 | A | Interest | J | T | | | | | |
| 83. Citigroup 8.5% SER-F PFD, 1200 | A | Dividend | | | Sold | 08/21/09 | J | A | |
| 84. Proshares Trust-IRA | A | Distribution | J | T | | | | | |
| 85. QWEST Communications Intl.-IRA | A | Dividend | J | T | | | | | |

1. Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
    P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vishay Intertechnology Inc.-IRA | A | Dividend | J | T | | | | | |
| 87. Healthways, Inc.-IRA | A | Dividend | J | T | | | | | |
| 88. Enterprise Product Partners LP | B | Distribution | J | T | Buy | 01/21/09 | J | | |
| 89. Energy Transfer Equity | B | Distribution | J | T | Buy | 02/03/09 | J | | |
| 90. Bank of America 8.2% N/C Pfd. | B | Dividend | | | Buy | 03/23/09 | J | | |
| 91. | | | | | Sold | 04/27/09 | J | B | |
| 92. FNMA CMO Series 2007-70, 1200 | B | Interest | J | T | Buy | 03/24/09 | J | | |
| 93. Noble Corp | A | Dividend | | | Buy | 05/08/09 | J | | |
| 94. | | | | | Sold | 08/11/09 | J | A | |
| 95. Ishares DJ US Energy Sector | A | Dividend | | | Buy | 05/08/09 | J | | |
| 96. | | | | | Sold | 10/30/09 | J | A | |
| 97. Bunge LTD Finance Co. 8.5% | A | Interest | J | T | Buy | 06/05/09 | J | | |
| 98. Bunge LTD Finance Co. 8.5% | A | Interest | J | T | Buy (add'l) | 06/23/09 | J | | |
| 99. BB&T Capital Trust VI 9.6% | A | Interest | J | T | Buy | 07/23/09 | J | | |
| 100. Ruby Tuesday Inc. | A | Dividend | | | Buy | 07/22/09 | J | | |
| 101. | | | | | Sold | 07/23/09 | J | A | |
| 102. Basic Energy Services | A | Dividend | | | Buy | 08/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/08/09 | J | B | |
| 104. Government Properties Income Trust | A | Dividend | | | Buy | 08/05/09 | J | | |
| 105. | | | | | Sold | 10/05/09 | J | A | |
| 106. Triangle Capital Corporation | B | Dividend | J | T | Buy | 08/07/09 | J | | |
| 107. Partnerre Fin A LLC 6.75% | A | Interest | J | T | Buy | 09/10/09 | J | | |
| 108. FHLMC CMO Series 3329 TC | B | Interest | J | T | Buy | 09/15/09 | J | | |
| 109. GNMA CMO Series 2009-95 | A | Interest | K | T | Buy | 10/14/09 | K | | |
| 110. Pfizer Inc. | A | Dividend | J | T | Buy | 11/23/09 | J | | |
| 111. Petrohawk Energy Corp | A | Dividend | J | T | Buy | 11/25/09 | J | | |
| 112. Kraft Foods | A | Dividend | J | T | Buy | 12/03/09 | J | | |
| 113. Baxter International Inc. | A | Dividend | J | T | Buy | 12/03/09 | J | | |
| 114. Boardwalk Pipeline Partnership LP | A | Distribution | J | T | Buy | 09/24/09 | J | | |
| 115. GNMA CMO Series 2005-51 CL-MC 1200 | B | Interest | J | T | Buy | 09/24/09 | J | | |
| 116. Verizon Communications | A | Dividend | J | T | Buy | 09/28/09 | J | | |
| 117. Protective Life Corp. 8.0% | A | Dividend | J | T | Buy | 10/07/09 | J | | |
| 118. BB&T Capital Trust VI 9.6% | A | Dividend | J | T | Buy | 10/08/09 | J | | |
| 119. Omega Healthcare Investors Inc. | A | Dividend | | | Buy | 10/12/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 11/19/09 | J | B | |
| 121. Blackrock Enhanced Dividend Achievers Trust | A | Dividend | J | T | Buy | 10/14/09 | J | | |
| 122. Marshall & Ilsley Corp. | A | Dividend | | | Buy | 10/21/09 | J | | |
| 123. | | | | | Sold | 10/22/09 | J | A | |
| 124. Triangle Capital Corporation | A | Dividend | J | T | Buy | 12/08/09 | J | | |
| 125. Sandridge Energy Inc. 8.625% | A | Interest | J | T | Buy | 12/14/09 | J | | |
| 126. Boardwalk Pipeline Partners LP | A | Distribution | J | T | Buy (add'l) | 12/16/09 | J | | |
| 127. FNMA CMO 2009-70 WA | A | Interest | K | T | Buy | 11/30/09 | K | | |
| 128. Valero Energy Corp. | A | Dividend | | | Buy | 03/24/09 | J | | |
| 129. | | | | | Sold | 08/10/09 | J | A | |
| 130. Blackrock Global Floating Rate Inc. Trust 1200 | A | Dividend | J | T | Buy (add'l) | 06/16/09 | J | | |
| 131. FHLMC CMO 3325 CK 1200 | A | Interest | J | T | Buy | 06/29/09 | J | | |
| 132. Utilities Select Sector Spdr | A | Dividend | | | Buy | 08/21/09 | J | | |
| 133. | | | | | Sold | 12/28/09 | J | A | |
| 134. Crosstex Energy LP | A | Dividend | | | Buy | 09/25/09 | J | | |
| 135. | | | | | Sold | 10/26/09 | J | A | |
| 136. Anixter International 1200 | A | Dividend | J | T | Buy | 09/16/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Omnicare Inc. 1200 | A | Dividend | J | T | Buy | 11/30/09 | J | | |
| 138. GTE Ca Inc. Ser F 1200 | A | Interest | J | T | Buy | 12/07/09 | J | | |
| 139. Wesco International, Inc. 1200 | A | Dividend | J | T | Buy | 12/23/09 | J | | |
| 140. Exxon Mobil Corp. 1200 | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 141. Pimco Corp Income Fd. (X) | A | Interest | J | T | | | | | |
| 142. Quicksilver Resources (X) | A | Dividend | J | T | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 06/3/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

PART VII,
#141 - Asset sold in 2008 was actually partial sale.  On line 27 of 2008 report.
#142 - Asset sold in 2008 was actually partial sale.  On line 35 of 2008 report.

#3,7,8,15,16,17,22, 26,43,49 & 56 - all of these assets were sold in previous years but had multiple listings from old reports and these lines were not deleted correctly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544